JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P., <br><br> Plaintiff, <br><br> **v.** <br><br> FRANK BISIGNANO, Commissioner of Social Security**,** <br><br> Defendant. | NO. CV-24-03731 AGR <br><br> **JUDGMENT** |

Pursuant to the Opinion and Order filed concurrently herewith, IT IS HEREBY ADJUDGED that Judgment is entered for Defendant Commissioner of Social Security.

DATED: July 22, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE